# EXHIBIT A



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 228862 | 8/14/2015 | 130350 |
| **Job Date** | **Case No.** | |
| 7/21/2015 | 14-CV-93 | |
| **Case Name** | | |
| Healthwerks, Inc., et al v. Stryker Spine | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | |
| Edward Macy | 394.00 Pages | | 2,009.40 |
| Full Day Appearance | | | 250.00 |
| FedEx | | | 16.00 |
| Exhibit Scanning | 143.00 Pages | | 50.05 |
| Courier, Handling, & Archiving | | | 22.00 |
| | **TOTAL DUE >>>** | | **$2,347.45** |
| | AFTER 9/23/2015 PAY | | $2,464.82 |

Reference No. : 20151925EA

Local court reporter's rates are reflected.
FedEx charge reflects delivery of original transcripts from deposition location to Gramann Reporting.
Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

Invoice No. : 228862
Invoice Date : 8/14/2015
**Total Due** : **$ 2,347.45**
AFTER 9/23/2015 PAY $2,464.82

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No. : 130350
BU ID : NNRC_OUT
Case No. : 14-CV-93
Case Name : Healthwerks, Inc., et al v. Stryker Spine

**EXHIBIT A 001**

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 228861 | 8/14/2015 | 130352 |
| **Job Date** | **Case No.** | |
| 7/22/2015 | 14-CV-93 | |
| **Case Name** | | |
| Healthwerks, Inc., et al v. Stryker Spine | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Daniel Watson | 416.00 | Pages | 2,121.60 |
| Full Day Appearance | | | 250.00 |
| Exhibit Scanning | 43.00 | Pages | 15.05 |
| Archiving & Handling | | | 18.00 |
| | | **TOTAL DUE >>>** | **$2,404.65** |
| | | AFTER 9/23/2015 PAY | $2,524.88 |

Reference No.  : 20152019EA

Local court reporter's rates are reflected.
Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

Invoice No.   : 228861
Invoice Date  : 8/14/2015
**Total Due**   : **$ 2,404.65**
AFTER 9/23/2015 PAY $2,524.88

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.    : 130352
BU ID     : NNRC_OUT
Case No.   : 14-CV-93
Case Name  : Healthwerks, Inc., et al v. Stryker Spine

**EXHIBIT A 002**

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 229636 | 9/5/2015 | 130916 |
| **Job Date** | **Case No.** | |
| 8/21/2015 | 14-CV-93 | |
| **Case Name** | | |
| Healthwerks, Inc., et al v. Stryker Spine | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| Eric Romsey | 344.00 | Pages | 963.20 |
| Exhibit Scanning | 44.00 | Pages | 15.40 |
| Handling | | | 5.00 |
| | | **TOTAL DUE >>>** | **$983.60** |
| | | AFTER 10/15/2015 PAY | $1,032.78 |

Reference No. : 611141

Local reporter rates applied.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

| | | |
|---|---|---|
| Invoice No. | : | 229636 |
| Invoice Date | : | 9/5/2015 |
| **Total Due** | : | **$ 983.60** |
| AFTER 10/15/2015 PAY | | $1,032.78 |

| | | |
|---|---|---|
| Remit To: | **Gramann Reporting, Ltd.** | |
| | **740 N. Plankinton Avenue** | |
| | **Suite 400** | |
| | **Milwaukee WI 53203** | |

| | | |
|---|---|---|
| Job No. | : | 130916 |
| BU ID | : | NNRC_OUT |
| Case No. | : | 14-CV-93 |
| Case Name | : | Healthwerks, Inc., et al v. Stryker Spine |

**EXHIBIT A 003**

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 229827 | 9/18/2015 | 131107 |
| **Job Date** | **Case No.** | |
| 9/4/2015 | 14-CV-93 | |
| **Case Name** | | |
| Healthwerks, Inc., et al v. Stryker Spine | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Spencer Stiles | 219.00 | Pages | 832.20 |
| Full Day Appearance | | | 170.00 |
| Exhibit Scanning | 34.00 | Pages | 11.90 |
| Errata Request | | | 15.00 |
| FedEx | | | 18.00 |
| Courier, Handling, & Archiving | | | 22.00 |

**TOTAL DUE  >>>**   **$1,069.10**
AFTER 10/28/2015  PAY   $1,122.56

Reference No.  :  00069453

Local reporter rates applied.
FedEx fee for local reporter to send original exhibits to Gramann Reporting for distribution.
Courier charge to send original transcript after witness review process.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

Invoice No.    :  229827
Invoice Date  :  9/18/2015
**Total Due**    :  **$ 1,069.10**
AFTER 10/28/2015  PAY  $1,122.56

Remit To: **Gramann Reporting, Ltd.**
        **740 N. Plankinton Avenue**
        **Suite 400**
        **Milwaukee WI  53203**

Job No.      :  131107
BU ID        :  Refer_OUT
Case No.     :  14-CV-93
Case Name    :  Healthwerks, Inc., et al v. Stryker Spine

**EXHIBIT A 004**

## Veritext Midwest

316 N. Milwaukee Street - Suite 575
Milwaukee WI 53202
Tel. 800-472-0445 Fax. 414-347-1166
Fed. Tax ID: 20-3132569



**Bill To:** David J. Turek, Esq.
Gass Weber Mullins LLC
309 N Water St.
Suite 700
Milwaukee, WI, 53202-5769

| | |
|---|---|
| **Invoice #:** | CHI2433155 |
| **Invoice Date:** | 9/28/2015 |
| **Balance Due:** | $1,967.16 |

| | |
|---|---|
| **Case:** | Helthwerks, Inc., et al. v. Stryker Spine, etc. |
| **Job #:** | 2142317 \| Job Date: 9/22/2015 \| Delivery: Expedited |
| **Billing Atty:** | David J. Turek, Esq. |
| **Location:** | Seyfarth Shaw |
| | 620 8th Ave \| 32nd Fl \| New York, NY 10018 |
| **Sched Atty:** | Ann M. Maher, Esq. \| Whyte Hirschboeck Dudek SC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 221.00 | $4.80 | $1,060.80 |
| | Transcript - Expedited Fee | Page | 221.00 | $3.36 | $742.56 |
| | Attendance Fee | Hour | 1.00 | $75.00 | $75.00 |
| Dwayne McGuire | Exhibits | Per Page | 49.00 | $0.50 | $24.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $17.50 | $17.50 |
| | Shipping & Handling - Expedited | Package | 1.00 | $18.00 | $18.00 |
| McGuire Confidential Excerpt | Original with 1 Certified Transcript | Page | 6.00 | $4.80 | $28.80 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,967.16 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,967.16 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

52041

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CHI2433155 |
| **Job #:** | 2142317 |
| **Invoice Date:** | 9/28/2015 |
| **Balance:** | $1,967.16 |

**EXHIBIT A 005**

## Veritext Midwest

316 N. Milwaukee Street - Suite 575
Milwaukee WI 53202
Tel. 800-472-0445 Fax. 414-347-1166
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** David J. Turek, Esq.<br>Gass Weber Mullins LLC<br>309 N Water St<br>Ste 700<br>Milwaukee, WI, 53202-5769 | **Invoice #:** CHI2440503<br>**Invoice Date:** 10/6/2015<br>**Balance Due:** $243.00 |

| | |
|---|---|
| **Case:** | Helthwerks, Inc., Et Al. v. Stryker Spine, Etc. |
| **Job #:** | 2142317 \| Job Date: 9/22/2015 \| Delivery: Normal |
| **Billing Atty:** | David J. Turek, Esq. |
| **Location:** | Seyfarth Shaw |
| | 620 8th Ave \| 32nd Fl \| New York, NY 10018 |
| **Sched Atty:** | Ann M. Maher, Esq. \| Whyte Hirschboeck Dudek SC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dwayne McGuire | Video – MPEG/Digitizing | | 3.00 | $75.00 | $225.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $18.00 | $18.00 |
| **Notes:** | | | **Invoice Total:** | | $243.00 |
| | | | **Payment:** | | $0.00 |
| | | | **Credit:** | | $0.00 |
| | | | **Interest:** | | $0.00 |
| | | | **Balance Due:** | | $243.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | CHI2440503 |
| Job #: | 2142317 |
| Invoice Date: | 10/6/2015 |
| Balance: | $243.00 |

52041

**EXHIBIT A 006**



Phone: 312-386-2000

Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee WI 53202-5769

Attn: David Turek

**Invoice #:** 1912211
**Invoice Date:** 30-Sep-2015
**Our Order #:** 030-CH-055492-03

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |
| 035314-782 | | | | | |

Terms: Due upon receipt

**Healthwerks, Inc., et al. vs. Stryker Spine, et al.**
**14-CV-93**

| | | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| **Job Date:** 11-Sep-2015 | | | | | |
| **Deponent:** Jim Cloar | | | | | |
| Deposition Transcript - Copy | | 191 | Pg | $3.05 | $582.55 |
| TotalTranscript CD | | 1 | Ea | $45.00 | $45.00 |
| TotalTranscript Archive | | 1 | Ea | $7.50 | $7.50 |
| Total Transcript Exhibits | | 135 | Pg | $.40 | $54.00 |
| Delivery - Transcript | | 1 | Ea | $25.00 | $25.00 |

| | |
|---|---|
| Subtotal: | $714.05 |
| Sales Tax | $.00 |
| Total Invoice USD | $714.05 |

Service Location:
            Boulder CO

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

1 of 1

**EXHIBIT A 007**


Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee WI 53202-5769

Attn: David Turek

| | |
|---|---|
| **Invoice #:** | 1912747 |
| **Invoice Date:** | 30-Sep-2015 |
| **Our Order #:** | 030-CH-054513-03 |

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| **Your File Number** | **Firm Matter ID** | **Claim Office** | **Sub Claim #** | **Date of Loss** | |
| 035314-782 | | | | | |

Terms: Due upon receipt

### Healthwerks, Inc., et al. vs. Stryker Spine, et al.
### 14-CV-93

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date: 03-Sep-2015** | | | | |
| **Deponent: Kirk Beckham** | | | | |
| Deposition Transcript - Copy | 256 | Pg | $3.10 | $793.60 |
| Exhibit Scanning - PDF | 107 | Pg | $.40 | $42.80 |
| TotalTranscript Archive | 1 | Ea | $7.50 | $7.50 |
| TotalTranscript CD | 1 | Ea | $45.00 | $45.00 |
| Delivery - Transcript | 1 | Ea | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | $908.90 |
| **Sales Tax** | $.00 |
| **Total Invoice USD** | $908.90 |

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://vv2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

1 of 1

**EXHIBIT A 008**

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 230247 | 10/5/2015 | 131464 |
| **Job Date** | **Case No.** | |
| 9/16/2015 | 14-CV-93 | |
| **Case Name** | | |
| Healthwerks, Inc., et al v. Stryker Spine | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Mariano Luna | 181.00 | Pages | 407.25 |
| Exhibit Scanning | 139.00 | Pages | 48.65 |
| Handling | | | 5.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$460.90** |
| AFTER 11/14/2015  PAY | $483.95 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

| | | |
|---|---|---|
| Invoice No. | : | 230247 |
| Invoice Date | : | 10/5/2015 |
| **Total Due** | : | **$ 460.90** |
| AFTER 11/14/2015  PAY | | $483.95 |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 131464 |
| BU ID | : | 1-MAIN |
| Case No. | : | 14-CV-93 |
| Case Name | : | Healthwerks, Inc., et al v. Stryker Spine |

**EXHIBIT A 009**

**Veritext Midwest**

316 N. Milwaukee Street - Suite 575
Milwaukee WI 53202
Tel. 800-472-0445 Fax. 414-347-1166
Fed. Tax ID: 20-3132569



| Bill To: | David J. Turek, Esq.<br>Gass Weber Mullins LLC<br>309 N Water St<br>Ste 700<br>Milwaukee, WI, 53202-5769 | Invoice #:<br>Invoice Date:<br>Balance Due: | CHI2440621<br>10/6/2015<br>$243.00 |
|---|---|---|---|

| | |
|---|---|
| **Case:** | Helthwerks, Inc., Et Al. v. Stryker Spine |
| **Job #:** | 2142323 \| Job Date: 9/23/2015 \| Delivery: Normal |
| **Billing Atty:** | David J. Turek, Esq. |
| **Location:** | Seyfarth Shaw |
| | 620 8th Ave \| 32nd Fl \| New York, NY 10018 |
| **Sched Atty:** | Ann M. Maher, Esq. \| Whyte Hirschboeck Dudek SC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Anthony Palladino | Video – MPEG/Digitizing | | 3.00 | $75.00 | $225.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $18.00 | $18.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $243.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $243.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

52041

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| Invoice #: | CHI2440621 |
|---|---|
| Job #: | 2142323 |
| Invoice Date: | 10/6/2015 |
| Balance: | $243.00 |

**EXHIBIT A 010**

**Veritext Midwest**

316 N. Milwaukee Street - Suite 575
Milwaukee WI 53202
Tel. 800-472-0445 Fax. 414-347-1166
Fed. Tax ID: 20-3132569



| Bill To: | David J. Turek, Esq.<br>Gass Weber Mullins LLC<br>309 N Water St<br>Ste 700<br>Milwaukee, WI, 53202-5769 | | **Invoice #:** | CHI2443359 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 10/8/2015 |
| | | | **Balance Due:** | $749.50 |

| | |
|---|---|
| **Case:** | Helthwerks, Inc., Et Al. v. Stryker Spine |
| **Job #:** | 2142323 \| Job Date: 9/23/2015 \| Delivery: Normal |
| **Billing Atty:** | David J. Turek, Esq. |
| **Location:** | Seyfarth Shaw |
| | 620 8th Ave \| 32nd Fl \| New York, NY 10018 |
| **Sched Atty:** | Ann M. Maher, Esq. \| Whyte Hirschboeck Dudek SC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 130.00 | $4.80 | $624.00 |
| | Attendance Fee | Hour | 1.00 | $75.00 | $75.00 |
| Anthony Palladino | Exhibits | Per Page | 30.00 | $0.50 | $15.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $17.50 | $17.50 |
| | Shipping & Handling | Package | 1.00 | $18.00 | $18.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $749.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $749.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CHI2443359 |
|---|---|
| **Job #:** | 2142323 |
| **Invoice Date:** | 10/8/2015 |
| **Balance:** | $749.50 |

52041

**EXHIBIT A 011**



**INVOICE**

Phone: 312-386-2000

Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee WI 53202-5769

Attn: David Turek

| Invoice #: | 1914332 |
|---|---|
| Invoice Date: | 12-Oct-2015 |
| Our Order #: | 030-CH-053187-02 |

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| | | | | | |

| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |
|---|---|---|---|---|---|
| 035314-782 | | | | | |

Terms: Due upon receipt

**Healthwerks, Inc., et al. vs. Stryker Spine, et al.**
**14-CV-93**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|

**Job Date:** 18-Aug-2015
**Deponent:** Todd Potokar

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deposition Transcript - Copy | 283 | Pg | $3.05 | $863.15 |
| Exhibit Scanning - PDF | 101 | Pg | $.40 | $40.40 |
| TotalTranscript CD | 1 | Ea | $45.00 | $45.00 |
| TotalTranscript Archive | 1 | Ea | $7.50 | $7.50 |
| Delivery - Transcript | 1 | Ea | $25.00 | $25.00 |

| | |
|---|---|
| **Subtotal:** | $981.05 |
| **Sales Tax** | $.00 |
| **Total Invoice USD** | $981.05 |

Service Location:
Milwaukee WI

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

1 of 1

**EXHIBIT A 012**



INVOICE

Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee WI 53202-5769

Attn: David Turek

| | |
|---|---|
| **Invoice #:** | 1914330 |
| **Invoice Date:** | 13-Oct-2015 |
| **Our Order #:** | 030-CH-053187-05 |

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |
| 035314-782 | | | | | |

Terms: Due upon receipt

### Healthwerks, Inc., et al. vs. Stryker Spine, et al.
### 14-CV-93

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date:** 18-Aug-2015 | | | | |
| **Deponent:** Todd Potokar | | | | |
| Video Viewer - Per Hour | 5 | Hr | $95.00 | $475.00 |
| Delivery - Video | 1 | Ea | $25.00 | $25.00 |

| | |
|---|---|
| Subtotal: | $500.00 |
| Sales Tax | $.00 |
| Total Invoice USD | $500.00 |

Service Location:

Milwaukee WI

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

1 of 1

**EXHIBIT A 013**



**ESQUIRE**
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* INV0718234

| | | | |
|---|---|---|---|
| Date | 3/19/2016 | Client Number | C03290 |
| Terms | Net 30 | Esquire Office | Chicago |
| Due Date | 4/18/2016 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | 035314-000782 |
| | | Client Claim/Matter # | NPL14-0005 |
| | | Date of Loss | |

**Bill To**
Gass Weber Mullins - Milwaukee
309 North Water Street
Milwaukee WI 53202

**Services Provided For**
Gass Weber Mullins - Milwaukee
Kennedy, Daniel J
309 North Water Street
Milwaukee WI 53202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/2/2016 | J0308462 | Milwaukee, WISCONSIN | HEALTHWERKS, INC. ET AL VS. BIOMET SPINE, LLC ET AL |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Todd Potokar | 173 | 3.25 | 562.25 |
| EXHIBITS W/TABS | Todd Potokar | 104 | 0.39 | 40.50 |
| EXHIBITS B&W OVERSIZED | Todd Potokar | 2 | 2.50 | 5.00 |
| EXHIBITS COLOR | Todd Potokar | 4 | 1.95 | 7.80 |
| HANDLING FEE | Todd Potokar | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | 615.55 |
| Shipping Cost (n/a) | 35.50 |
| Total | 651.05 |
| Amount Due | $651.05 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

| | |
|---|---|
| Client Name | Gass Weber Mullins - Milwaukee |
| Client # | C03290 |
| Invoice # | INV0718234 |
| Invoice Date | 3/19/2016 |
| Due Date | 4/18/2016 |
| Amount Due | $ 651.05 |

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**EXHIBIT A 014**



**ESQUIRE**
DEPOSITION SOLUTIONS

*Invoice* **INV0746956**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 4/28/2016 |
| Terms | Net 30 |
| Due Date | 5/28/2016 |

| | |
|---|---|
| Client Number | C03290 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 035314-000782 |
| Client Claim/Matter # | NPL14-0005 |
| Date of Loss | |

**Bill To**

Gass Weber Mullins - Milwaukee
309 North Water Street
Milwaukee WI 53202

**Services Provided For**

Diane Paszkiewicz
309 North Water Street
Milwaukee WI 53202

| Inv Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/2/2016 | J0308462 | Milwaukee, WISCONSIN | HEALTHWERKS, INC. ET AL VS. BIOMET SPINE, LLC ET AL |

| Description | Description | Qty | UnitRent | Amount |
|---|---|---|---|---|
| SYNCHRONIZED VIDEO-SAN-SUM-T/C MAP-TD | Todd Potokar | 3.5 | 75.00 | 262.50 |
| HANDLING FEE | Todd Potokar | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | 262.50 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 298.00 |
| Amount Due | $298.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Gass Weber Mullins - Milwaukee |
| Client # | C03290 |
| Invoice # | INV0746956 |
| Invoice Date | 4/28/2016 |
| Due Date | 5/28/2016 |
| Amount Due | $ 298.00 |

**EXHIBIT A 015**



# INVOICE

Phone: 312-386-2000

Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee WI 53202-5769

Attn: David Turek

| | |
|---|---|
| Invoice #: | 1914337 |
| Invoice Date: | 13-Oct-2015 |
| Our Order #: | 030-CH-053189-02 |

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| **Your File Number** | **Firm Matter ID** | **Claim Office** | **Sub Claim #** | **Date of Loss** | |
| 035314-782 | | | | | |

Terms: Due upon receipt

### Healthwerks, Inc., et al. vs. Stryker Spine, et al.
### 14-CV-93

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date:** 19-Aug-2015 | | | | |
| **Deponent:** Eric Daiker | | | | |
| Deposition (Technical/Expert) Transcript - Copy | 187 | Pg | $3.05 | $570.35 |
| Exhibit Scanning - PDF | 44 | Pg | $.40 | $17.60 |
| TotalTranscript CD | 1 | Ea | $45.00 | $45.00 |
| TotalTranscript Archive | 1 | Ea | $7.50 | $7.50 |
| Delivery - Transcript | 1 | Ea | $25.00 | $25.00 |

| | |
|---|---|
| Subtotal: | $665.45 |
| Sales Tax | $.00 |
| Total Invoice USD | $665.45 |

Service Location:
Milwaukee WI

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

**EXHIBIT A 016**



**INVOICE**

Phone: 312-386-2000

Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee WI 53202-5769

Attn: David Turek

| Invoice #: | 1914335 |
|---|---|
| Invoice Date: | 25-Oct-2015 |
| Our Order #: | 030-CH-053189-05 |

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| **Your File Number** | **Firm Matter ID** | **Claim Office** | **Sub Claim #** | **Date of Loss** | |
| 035314-782 | | | | | |

Terms: Due upon receipt

**Healthwerks, Inc., et al. vs. Stryker Spine, et al.**
**14-CV-93**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date:** 19-Aug-2015 | | | | |
| **Deponent:** Eric Daiker | | | | |
| Video Viewer - Per Hour | 4 | Hr | $95.00 | $380.00 |

| | |
|---|---|
| Subtotal: | $380.00 |
| Sales Tax | $.00 |
| Total Invoice USD | $380.00 |

Service Location:

Milwaukee WI

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://vw2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

**EXHIBIT A 017**



**Invoice  INV0606517**

| | | | |
|---|---|---|---|
| Date | 10/14/2015 | Client Number | C03290 |
| Terms | Net 30 | Esquire Office | Chicago |
| Due Date | 11/13/2015 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client Claim/Matter # | |
| | | Date of Loss | |

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**

Gass Weber Mullins - Milwaukee
309 North Water Street
Milwaukee WI 53202

**Services Provided For**

Gass Weber Mullins - Milwaukee
Turek, David J
309 North Water Street
Milwaukee WI 53202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/29/2015 | J0202878 | Denver, COLORADO | Healthwerks vs. Stryker Spine |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | KELLY CHRISTOPHER SHELT... | 258 | 2.85 | 735.30 |
| CONDENSED TRANSCRIPT | KELLY CHRISTOPHER SHELT... | 1 | 16.00 | 16.00 |
| LIT SUPPORT PACKAGE-PDF-PTX | KELLY CHRISTOPHER SHELT... | 1 | 30.00 | 30.00 |
| EXHIBITS B&W | KELLY CHRISTOPHER SHELT... | 186 | 0.50 | 93.00 |
| HANDLING FEE | KELLY CHRISTOPHER SHELT... | 1 | 20.50 | 20.50 |
| WITNESS READ & SIGN PACKET | KELLY CHRISTOPHER SHELT... | 1 | 0.00 | 0.00 |

| | |
|---|---|
| **Subtotal** | 894.80 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 894.80 |
| **Amount Due** | **$894.80** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Gass Weber Mullins - Milwaukee |
| **Client #** | C03290 |
| **Invoice #** | INV0606517 |
| **Invoice Date** | 10/14/2015 |
| **Due Date** | 11/13/2015 |
| **Amount Due** | $ 894.80 |

**EXHIBIT A 018**


**ESQUIRE** DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice*  **INV0618068**

| | |
|---|---|
| Date | 10/29/2015 |
| Terms | Net 30 |
| Due Date | 11/28/2015 |

| | |
|---|---|
| Client Number | C03290 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**

Gass Weber Mullins - Milwaukee
309 North Water Street
Milwaukee WI 53202

**Services Provided For**

Gass Weber Mullins - Milwaukee
Kennedy, Daniel J
309 North Water Street
Milwaukee WI 53202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/15/2015 | J0218216 | Milwaukee, WISCONSIN | Healthwerks vs. Stryker Spine |

| Description | Person | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Anne L. Brauer | 143 | 3.25 | 464.75 |
| TRANSCRIPT - COPY-VID-WI | Dan Gray | 162 | 3.25 | 526.50 |
| EXHIBITS W/TABS | Anne L. Brauer | 106 | 0.50 | 53.00 |
| EXHIBITS W/TABS | Dan Gray | 157 | 0.50 | 78.50 |
| DIGITAL TRANSCRIPT-PDF-PTX | Anne L. Brauer | 1 | 45.00 | 45.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Dan Gray | 1 | 45.00 | 45.00 |
| CONDENSED TRANSCRIPT | Anne L. Brauer | 1 | 30.00 | 30.00 |
| CONDENSED TRANSCRIPT | Dan Gray | 1 | 30.00 | 30.00 |
| ASCII | Anne L. Brauer | 1 | 30.00 | 30.00 |
| ASCII | Dan Gray | 1 | 30.00 | 30.00 |
| HANDLING FEE | Anne L. Brauer | 1 | 20.00 | 20.00 |
| HANDLING FEE | Dan Gray | 1 | 20.00 | 20.00 |

| | |
|---|---|
| Subtotal | 1,372.75 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 1,408.25 |
| Amount Due | $1,408.25 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

| | |
|---|---|
| Client Name | Gass Weber Mullins - Milwaukee |
| Client # | C03290 |
| Invoice # | INV0618068 |
| Invoice Date | 10/29/2015 |
| Due Date | 11/28/2015 |
| Amount Due | $ 1,408.25 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**EXHIBIT A 019**

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice* **INV0619086**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 10/30/2015 |
| Terms | Net 30 |
| Due Date | 11/29/2015 |

| | |
|---|---|
| Client Number | C03290 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 035314-000782 |
| Client Claim/Matter # | NPL14-0005 |
| Date of Loss | |

**Bill To**
Gass Weber Mullins - Milwaukee
309 North Water Street
Milwaukee WI 53202

**Services Provided For**
Gass Weber Mullins - Milwaukee
Turek, David J
309 North Water Street
Milwaukee WI 53202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/22/2015 | J0224419 | Milwaukee, WISCONSIN | Healthwerks vs. Stryker Spine |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Paul Breitenbach | 290 | 3.25 | 942.50 |
| HANDLING FEE | Paul Breitenbach | 1 | 20.00 | 20.00 |
| CONDENSED TRANSCRIPT | Paul Breitenbach | 1 | 30.00 | 30.00 |
| ASCII | Paul Breitenbach | 1 | 30.00 | 30.00 |
| EXHIBITS W/TABS | Paul Breitenbach | 544 | 0.50 | 272.00 |
| DIGITAL TRANSCRIPT-PDF-PTX-SBF | Paul Breitenbach | 1 | 45.00 | 45.00 |
| EXHIBITS B&W OVERSIZED | Paul Breitenbach | 2 | 2.50 | 5.00 |

| | |
|---|---|
| Subtotal | 1,344.50 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 1,380.00 |
| **Amount Due** | **$1,380.00** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Gass Weber Mullins - Milwaukee |
| Client # | C03290 |
| Invoice # | INV0619086 |
| Invoice Date | 10/30/2015 |
| Due Date | 11/29/2015 |
| Amount Due | **$ 1,380.00** |

**EXHIBIT A 020**


**ESQUIRE**
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV0746957**

| | | | |
|---|---|---|---|
| Date | 4/28/2016 | Client Number | C03290 |
| Terms | Net 30 | Esquire Office | Chicago |
| Due Date | 5/28/2016 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | 035314-000782 |
| | | Client Claim/Matter # | NPL14-0005 |
| | | Date of Loss | |

**Bill To**
Gass Weber Mullins - Milwaukee
309 North Water Street
Milwaukee WI 53202

**Services Provided For**
Gass Weber Mullins - Milwaukee
Paszkiewicz, Diane
309 Water Street
Milwaukee WI 53202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/22/2015 | J0224419 | Milwaukee, WISCONSIN | Healthwerks vs. Stryker Spine |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| SYNCHRONIZED VIDEO-SAN-SUM-TD | Paul Breitenbach | 5 | 75.00 | 375.00 |
| HANDLING FEE | Paul Breitenbach | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | 375.00 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 410.50 |
| Amount Due | $410.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Gass Weber Mullins - Milwaukee |
| Client # | C03290 |
| Invoice # | INV0746957 |
| Invoice Date | 4/28/2016 |
| Due Date | 5/28/2016 |
| Amount Due | $ 410.50 |

**EXHIBIT A 021**


### ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV0626268**

| | | | |
|---|---|---|---|
| **Date** | 11/10/2015 | **Client Number** | C03290 |
| **Terms** | Net 30 | **Esquire Office** | Chicago |
| **Due Date** | 12/10/2015 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | 035314-000782 |
| | | **Client Claim/Matter #** | pending |
| | | **Date of Loss** | |

**Bill To**

Gass Weber Mullins - Milwaukee
309 North Water Street
Milwaukee WI 53202

**Services Provided For**

Gass Weber Mullins - Milwaukee
Turek, David J
309 North Water Street
Milwaukee WI 53202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/4/2015 | J0231453 | Boston, MASSACHUSETTS | HEALTHWERKS, INC. ET AL VS. BIOMET SPINE, LLC ET AL |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| HANDLING FEE | James Fox | 1 | 20.00 | 20.00 |
| TRANSCRIPT - COPY-VID-WI | James Fox | 229 | 3.50 | 801.50 |
| HANDLING FEE | Joseph Leroy | 1 | 20.00 | 20.00 |
| TRANSCRIPT - COPY-VID-WI | Joseph Leroy | 133 | 3.50 | 465.50 |
| WITNESS READ & SIGN PACKET | James Fox | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN PACKET | Joseph Leroy | 1 | 0.00 | 0.00 |
| EXHIBITS B&W | James Fox | 177 | 0.50 | 88.50 |
| EXHIBITS B&W | Joseph Leroy | 55 | 0.50 | 27.50 |
| EXHIBITS TABS | James Fox | 20 | 0.25 | 5.00 |
| EXHIBITS TABS | Joseph Leroy | 22 | 0.25 | 5.50 |

| | |
|---|---|
| **Subtotal** | 1,433.50 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 1,433.50 |
| **Amount Due** | $1,433.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

## www.esquireconnect.com

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Gass Weber Mullins - Milwaukee |
| **Client #** | C03290 |
| **Invoice #** | INV0626268 |
| **Invoice Date** | 11/10/2015 |
| **Due Date** | 12/10/2015 |
| **Amount Due** | $ 1,433.50 |

**EXHIBIT A 022**



**INVOICE**

Phone: 312-386-2000

Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee, WI 53202-5769

| | |
|---|---|
| **Invoice #:** | M-032895 |
| **Invoice Date:** | 11/30/15 |
| **Our Order #:** | CH-056675-03 |
| **Customer #:** | 107794 |

Attn: DANIEL KENNEDY

Terms: Due upon receipt

Case No: 14-CV-93

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date: 09/18/15** | | | | |
| Deponent: Michael Rogers | | | | |
| Delivery - Transcript-Ea-STD | 1 | EACH | $25.00 | $25.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| TotalTranscript Archive-Ea-STD | 1 | EACH | $7.50 | $7.50 |
| Exhibit Scanning - PDF-Pg-STD | 90 | PAGE | $0.40 | $36.00 |
| Deposition (Technical/Expert) Transcript - Copy-Pg-STD | 165 | PAGE | $3.05 | $503.25 |
| | | | | |
| **Job Date: 09/18/15** | | | | |
| Deponent: Nicholas Novak | | | | |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| TotalTranscript Archive-Ea-STD | 1 | EACH | $7.50 | $7.50 |
| Exhibit Scanning - PDF-Pg-STD | 84 | PAGE | $0.40 | $33.60 |
| Deposition (Technical/Expert) Transcript - Copy-Pg-STD | 134 | PAGE | $3.05 | $408.70 |

| | |
|---|---|
| **Subtotal:** | $1,111.55 |
| **Sales Tax** | $0.00 |
| **Total Invoice USD** | $1,111.55 |

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

Tax **EXHIBIT** A 023



**INVOICE**

Phone:  312-386-2000

Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee, WI 53202-5769

| | |
|---|---|
| Invoice #: | M-032916 |
| Invoice Date: | 11/30/15 |
| Our Order #: | CH-056672-03 |
| Customer #: | 107794 |

Attn:  DANIEL KENNEDY

Terms: Due upon receipt

Case No: 14-CV-93

YOUR FILE NUMBER     035314-782

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 09/17/15 | | | | |
| Deponent: John Murray | | | | |
| Delivery - Transcript-Ea-STD | 1 | EACH | $25.00 | $25.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| TotalTranscript Archive-Ea-STD | 1 | EACH | $7.50 | $7.50 |
| Exhibit Scanning - PDF-Pg-STD | 98 | PAGE | $0.40 | $39.20 |
| Deposition (Technical/Expert) Transcript - Copy-Pg-STD | 142 | PAGE | $3.05 | $433.10 |
| | | | | |
| Job Date: 09/17/15 | | | | |
| Deponent: Scott Olin | | | | |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| TotalTranscript Archive-Ea-STD | 1 | EACH | $7.50 | $7.50 |
| Exhibit Scanning - PDF-Pg-STD | 44 | PAGE | $0.40 | $17.60 |
| Deposition (Technical/Expert) Transcript - Copy-Pg-STD | 169 | PAGE | $3.05 | $515.45 |

| | |
|---|---|
| Subtotal: | $1,135.35 |
| Sales Tax | $0.00 |
| Total Invoice USD | $1,135.35 |

**Depo Location:**     555 E. Wells
Suite 1900
Milwaukee, WI 53202

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax ID: 82-2453793

**EXHIBIT A 024**



**INVOICE**

**DTI**

**Phone:** 312-386-2000

Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee, WI 53202-5769

**Invoice #:** M-037388
**Invoice Date:** 12/22/15
**Our Order #:** CH-062807-03
**Customer #:** 107794

Attn: DAVID TUREK

Terms: Due upon receipt

Case No: 14-CV-93

YOUR FILE NUMBER          035314-782

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|

Healthwerks, Inc., et al. vs
Stryker Spine, et al.

Job Date: 10/28/15
Deponent: Brad S. Aquino

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Delivery - Transcript-Ea-STD | 1 | EACH | $25.00 | $25.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| TotalTranscript Archive-Ea-STD | 1 | EACH | $7.50 | $7.50 |
| Exhibit Scanning - PDF-Pg-STD | 81 | PAGE | $0.40 | $32.40 |
| Deposition (Technical/Expert) Transcript - Copy-Pg-STD | 146 | PAGE | $3.05 | $445.30 |

Job Date: 10/28/15
Deponent: Brian M. Diefenbacher

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| TotalTranscript Archive-Ea-STD | 1 | EACH | $7.50 | $7.50 |
| Exhibit Scanning - PDF-Pg-STD | 74 | PAGE | $0.40 | $29.60 |
| Deposition (Technical/Expert) Transcript - Copy-Pg-STD | 157 | PAGE | $3.05 | $478.85 |

**EXHIBIT A 025**



INVOICE

Phone:   312-386-2000

Gass Weber Mullins LLC
309 N Water St
Suite 700
Milwaukee, WI 53202-5769

| | |
|---|---|
| Invoice #: | M-037388 |
| Invoice Date: | 12/22/15 |
| Our Order #: | CH-062807-03 |
| Customer #: | 107794 |

Attn:  DAVID TUREK

| | |
|---|---|
| Subtotal: | $1,116.15 |
| Sales Tax | $0.00 |
| **Total Invoice USD** | **$1,116.15** |

Depo Location:        3200 Wells Fargo Center
                      1700 Lincoln Street
                      Denver, CO

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax ID XX-XXXXXXX

EXHIBIT A 026

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 234020 | 2/23/2016 | 135510 |
| **Job Date** | **Case No.** | |
| 2/17/2016 | 14-CV-93 | |
| **Case Name** | | |
| Healthwerks, Inc., et al v. Stryker Spine | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Richard Bero | 225.00 | Pages | 855.00 |
| 2-Day Expedite | | | 562.50 |
| Full Day Appearance | | | 100.00 |
| Exhibit Scanning | 107.00 | Pages | 37.45 |
| Courier, Handling, & Archiving | | | 22.00 |

**TOTAL DUE >>>**        **$1,576.95**
AFTER 4/3/2016  PAY        $1,655.80

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. David J. Turek
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee WI 53202

Invoice No.   :   234020
Invoice Date  :   2/23/2016
**Total Due**    :  **$ 1,576.95**
AFTER 4/3/2016 PAY  $1,655.80

Remit To:  **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

Job No.      :   135510
BU ID        :   1-MAIN
Case No.     :   14-CV-93
Case Name    :   Healthwerks, Inc., et al v. Stryker Spine

**EXHIBIT A 027**



## Invoice INV0730407

| | | | |
|---|---|---|---|
| Date | 4/5/2016 | Client Number | C03290 |
| Terms | Net 30 | Esquire Office | Chicago |
| Due Date | 5/5/2016 | Proceeding Type | Backorder |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | 035314-000782 |
| | | Client Claim/Matter # | NPL14-0005 |
| | | Date of Loss | |

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**
Gass Weber Mullins - Milwaukee
309 North Water Street
Milwaukee WI 53202

**Services Provided For**
Gass Weber Mullins - Milwaukee
Turek, David J
309 North Water Street
Milwaukee WI 53202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/29/2016 | J0323168 | Milwaukee, WISCONSIN | HEALTHWERKS, INC. ET AL VS. BIOMET SPINE, LLC ET AL |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Scott Shaffer | 252 | 3.25 | 819.00 |
| NEXT DAY EXPEDITE | Scott Shaffer | | | 819.00 |
| EXHIBITS W/TABS | Scott Shaffer | 263 | 0.50 | 131.50 |
| CONDENSED TRANSCRIPT | Scott Shaffer | 1 | 30.00 | 30.00 |
| ASCII | Scott Shaffer | 1 | 30.00 | 30.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Scott Shaffer | 1 | 45.00 | 45.00 |
| HANDLING FEE | Scott Shaffer | 1 | 20.00 | 20.00 |
| EXHIBITS COLOR | Scott Shaffer | 7 | 1.95 | 13.65 |

| | |
|---|---|
| Subtotal | 1,908.15 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 1,943.65 |
| Amount Due | $1,943.65 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Gass Weber Mullins - Milwaukee |
| Client # | C03290 |
| Invoice # | INV0730407 |
| Invoice Date | 4/5/2016 |
| Due Date | 5/5/2016 |
| Amount Due | $ 1,943.65 |

**EXHIBIT A 028**



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV0754732**

| | | | |
|---|---|---|---|
| **Date** | 5/10/2016 | **Client Number** | C03290 |
| **Terms** | Net 30 | **Esquire Office** | Chicago |
| **Due Date** | 6/9/2016 | **Proceeding Type** | Video Only |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | |
| | | **Date of Loss** | |

**Bill To**

Gass Weber Mullins - Milwaukee
309 North Water Street
Milwaukee WI 53202

**Services Provided For**

Gass Weber Mullins - Milwaukee
Turek, David J
309 North Water Street
Milwaukee WI 53202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/4/2015 | J0351926 | Boston, MASSACHUSETTS | HEALTHWERKS, INC. ET AL VS. BIOMET SPINE, LLC ET AL |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| SYNCHRONIZED VIDEO-SAN-SUM-TD | Joe LeRoy | 1 | 75.00 | 75.00 |
| HANDLING FEE | Joe LeRoy | 1 | 0.00 | 0.00 |

*Representing Client: Gass Weber Mullins - Milwaukee*

| | |
|---|---|
| **Subtotal** | 75.00 |
| **Shipping Cost (FedEx)** | 27.59 |
| **Total** | 102.59 |
| **Amount Due** | $102.59 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Gass Weber Mullins - Milwaukee |
| **Client #** | C03290 |
| **Invoice #** | INV0754732 |
| **Invoice Date** | 5/10/2016 |
| **Due Date** | 6/9/2016 |
| **Amount Due** | $ 102.59 |

**EXHIBIT A 029**