U.S. District Court
Wisconsin Eastern

SEP 1 8 2017

FILED
Stephen C. Dries, Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STRYKER SPINE,
a division of Howmedica Osteonics Corp.

    Plaintiff,
v.               Case No. 14-cv-93-pp

SPINE GROUP OF WISCONSIN, LLC,
PAUL R. BREITENBACH and TODD POTOKAR,

    Defendants.

---

## VERDICT FORM

---

1

# I. MISREPRESENTATION: INTENTIONAL DECEIT

## A. Spine Group of Wisconsin

**Question 1:** Did Spine Group of Wisconsin make any representation of fact?

☑ Yes ☐ No

**Question 2: If you answered "YES" to Question 1, answer this question:** Was any such representation untrue?

☑ Yes ☐ No

**Question 3: If you answered "YES" to Question 2, answer this question:** Did Spine Group of Wisconsin make any such representation knowing it was untrue or make any representation recklessly without caring whether it was true or untrue?

☑ Yes ☐ No

**Question 4: If you answered "YES" to Question 3, answer this question:** Did Spine Group of Wisconsin make any such representation with the intent to deceive and induce Stryker Spine to act upon it?

☑ Yes ☐ No

**Question 5: If you answered "YES" to Question 4, answer this question:** Did Stryker Spine believe any such representation to be true and justifiably rely on it to its pecuniary damage?

☑ Yes ☐ No

**If you answered "YES" to all of the preceding questions, answer Question 16.**

2

## B. Paul Breitenbach

**Question 6:** Did Mr. Breitenbach make any representation of fact?

☑ Yes ☐ No

**Question 7: If you answered "YES" to Question 6, answer this question:** Was any such representation untrue?

☑ Yes ☐ No

**Question 8: If you answered "YES" to Question 7, answer this question:** Did Mr. Breitenbach make any such representation knowing it was untrue or recklessly without caring whether it was true or untrue?

☑ Yes ☐ No

**Question 9: If you answered "YES" to Question 8, answer this question:** Did Mr. Breitenbach make any such representation with the intent to deceive and induce Stryker Spine to act upon it?

☑ Yes ☐ No

**Question 10: If you answered "YES" to Question 9, answer this question:** Did Stryker Spine believe any such representation to be true and justifiably rely on it to its pecuniary damage?

☑ Yes ☐ No

**If you answered "YES" to Questions 6 through 10, answer Question 16.**

3

## C. Todd Potokar

**Question 11:** Did Mr. Potokar make any representation of fact?

☑ Yes ☐ No

**Question 12: If you answered "YES" to Question 11, answer this question:** Was any such representation untrue?

☑ Yes ☐ No

**Question 13: If you answered "YES" to Question 12, answer this question:** Did Mr. Potokar make any such representation knowing it was untrue or–recklessly without caring whether it was true or untrue?

☑ Yes ☐ No

**Question 14: If you answered "YES" to Question 13, answer this question:** Did Mr. Potokar make any such representation with the intent to deceive and induce Stryker Spine to act upon it?

☑ Yes ☐ No

**Question 15: If you answered "YES" to Question 14, answer this question:** Did Stryker Spine believe any such representation to be true and justifiably rely on it to its pecuniary damage?

☑ Yes ☐ No

**If you answered "YES" to Questions 11 through 15, answer Question 16.**

4

**Question 16:** What sum of money will fairly and reasonably compensate Stryker Spine for its loss?

$ _2,000,000_

**Proceed to the next page**

## II. TERMINATION PAYMENT

**Question 17:** Did Spine Group of Wisconsin waive its right to receive a termination payment under the 2008 Agreement?

☑ Yes ☐ No

**Question 18:** Does Spine Group of Wisconsin's conduct rise to the level of unclean hands?

☑ Yes ☐ No

**Question 19:** Is Spine Group of Wisconsin estopped from recovering a termination payment based on its actions or inactions it took against Stryker Spine?

☑ Yes ☐ No

**If you answered YES to any of Questions 17 through 19, then proceed to the next page. If you answered NO to Questions 17 through 19, then answer the following question:**

If you answered NO to Questions 17 through 19, state the amount of the termination payment that Spine Group of Wisconsin is entitled to recover:

$_____ .

**Proceed to the next page.**

The answers above are our unanimous verdict.

DATE:                                BY: _____
                                        (Signature of Foreperson)